IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REPUBLIC FIRST BANK<br>Plaintiff | :<br>:<br>: | |
| | : | Civil Action No. 10-1832 |
| v. | :<br>: | |
| SEABOARD LANDING, LLC<br>Defendant | :<br>: | |

FILED
JUN 1 ...
MICHAEL E. K...
By_____

## STIPULATION FOR STAY OF EXECUTION and EXTENSION OF TIME

Plaintiff and Defendant, by and through their respective undersigned counsel, hereby AGREE and STIPULATE that execution of the judgment by confession entered against Defendant in this matter shall be STAYED until June 30, 2010, or until such further time as may be ordered by the Court, and that the time for Defendant to file a motion for relief from the judgment by confession entered in this matter is hereby extended until June 30, 2010.

Respectfully submitted,

/s/ Oliver Griffin
Oliver Griffin, Esquire
Spector Gadon & Rosen, PC
1635 Market Street, 7th Floor
Philadelphia, PA 19103
Ph: 215-241-8888
Fax: 215-241-8844
Email: ogriffin@lawsgr.com

Attorney for Plaintiff
Republic First Bank

Date: June 10, 2010

/s/Mohammad A. Ghiasuddin
Mohammad A. Ghiasuddin, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422-0765
Ph: 610-941-2546
Fax: 610-684-2013
Email: mghiasuddin@kaplaw.com

Attorney for Defendant

Date: June 10, 2010

Date: 6-15-10

APPROVED:

SCHILLER, J.